[Dkt. No. 21, 23]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| PAUL L. SCHIRMER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOUGLAS PENKETHMAN, EL AL.,<br><br>　　　　　Defendants. | Civil No. 10-1444 RMB/JS<br><br>**ORDER** |

　　　THIS MATTER having come before the Court upon the Motion to Dismiss filed by Cape May County [Dkt. No. 21] and upon the Motion for Partial Dismissal filed by Defendants Jeffrey Devico, Christopher Leusner, Douglas Osmundsen and Clinton Stocker [Dkt. No. 23], in which Defendants Douglas Penkethman and Michael Kopakowski join [Dkt. Ent. 31]; and the Court having considered the moving papers; and for the reasons expressed in the written Opinion issued this date;

　　　IT IS ON THIS **28th** day of **March 2011**, **ORDERED** that Defendant Cape May County's Motion to Dismiss [Docket No. 21] is **GRANTED**;

　　　**IT IS FURTHER ORDERED** that Plaintiff's claim against Cape May County is **DISMISSED WITHOUT PREJUDICE**;

　　　**IT IS FURTHER ORDERED** that the Motion for Partial Dismissal filed by Defendants Jeffrey Devico, Christopher Leusner, Douglas Osmundsen and Clinton Stocker [Dkt. No. 23] is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff's claim against Chief Charles Leusner is **DISMISSED WITHOUT PREJUDICE**;

**IT IS FURTHER ORDERED** that Plaintiff's claims brought pursuant to the New Jersey Civil Rights Act are **DISMISSED WITHOUT PREJUDICE**;

**IT IS FURTHER ORDERED** that, to the extent Plaintiff intended to state different or additional claims than those identified in the Court's Opinion, Plaintiff is permitted thirty days to clarify such claims in an Amended Complaint.

                                            <u>s/Renée Marie Bumb</u>
                                            RENÉE MARIE BUMB
                                            United States District Judge